■ WINIFRED GROSKRITZ, as Administratrix of the Estate of LELAND GROSKRITZ, Deceased, Respondent, v. IRA S. BUSHEY & SONS, INC., Appellant.— In an action to recover damages for wrongful death and for conscious pain and suffering, the appeal is from an order denying a motion to dismiss the complaint for lack of prosecution on condition that respondent file a note of issue for the next available term. Respondent complied with that condition. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Hallinan and Kleinfeld, JJ., concur; Wenzel and Ughetta, JJ., dissent and vote to reverse the order and to grant the motion, with the following memorandum: In our opinion respondent unreasonably delayed in prosecuting this action. The excuse offered is inadequate and untenable.

■ JOHN HUMPHRIES, Individually, and as Executor of JOHNSTON HUMPHRIES, Deceased, et al., Appellants, v. OLGA HUMPHRIES, Respondent. — Appeal from a judgment declaring that a certain deed to the subject real property created a tenancy by the entirety and not a tenancy in common. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of the COUNTY OF NASSAU, Respondent, Relative to Acquiring Title to Real Property for Highway, Drainage and Other Purposes on South Oyster Bay Road, Town of Oyster Bay, Nassau County. MADELINE A. WILL, Appellant.— In a proceeding to condemn certain real property, the appeal is from an order of an Official Referee which, inter alia, overruled objections to a tentative decree awarding appellant $1 each for the two damage parcels involved. It is contended that substantial compensation should have been awarded. Order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.

■ In the Matter of the Arbitration between FIRST NATIONAL OIL CORPORATION, Appellant, and RAFAEL ARRIETA et al., Copartners Doing Business as FLORIDA MOLASSES COMPANY, Respondents.— In an arbitration proceeding, the appeal is from an order denying appellant's motion to examine respondents as adverse parties, and for the production of books and papers pursuant to article 29 of the Civil Practice Act and rule 121 et seq. of the Rules of Civil Practice, and vacating a stay of proceedings. Order affirmed, with $10 costs and disbursements. Although we do not agree that the authority of the arbitrators was limited by our former determination (Matter of First Nat. Oil Corp. [Arrieta], 2 A D 2d 590) to reconsideration of the question of damages, we find no improper exercise of discretion at the Special Term in the denial of the motion. (Cf. Matter of Katz [Burkin], 3 A D 2d 238.) Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.